Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED
2024 APR 12  AM 10:00
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
PLAINTIFF
V.
Ippei MIZUHARA
USMS# _____
DEFENDANT

CASE NUMBER: 2:24-mj-02125-DUTY

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 04/12/2024 at 9:00 ☒ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   18USC1344 - Bank Fraud

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: _____

7. Year of Birth: 1984

8. Defendant has retained counsel:  ☐ No
   ☒ Yes   Name: Michael G. Freedman    Phone Number: 310-285-2210

9. Name of Pretrial Services Officer notified: Duty Officer

10. Remarks (if any): N/A

11. Name: Juan Orrantia  (please print)

12. Office Phone Number: 562-843-2872

13. Agency: HSI

14. Signature: *Juan Orrantia*

15. Date: 04/12/24

CR-64 (09/20)                     REPORT COMMENCING CRIMINAL ACTION