Michael G. Freedman (SBN 281279)
The Freedman Firm PC
1801 Century Park East, Suite 450
Los Angeles, CA 90067

FILED
CLERK, U.S. DISTRICT COURT
APR 12 2024
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | | CASE NUMBER |
|---|---|---|
| | PLAINTIFF | 24-MJ-02125 |
| v. | | |
| Ippei Mizuhara | | **DESIGNATION AND APPEARANCE OF COUNSEL** |
| | DEFENDANT(S). | |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint Michael G. Freedman                                    , Esquire, as my attorney to appear for me throughout all proceedings in this case.

April 12, 2024
*Date*

*Defendant's Signature*

Los Angeles, CA
*City and State*

## APPEARANCE OF COUNSEL

I, Michael G. Freedman                                    Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

April 12, 2024
*Date*

*Attorney's Signature*

281279
*California State Bar Number*

1801 Century Park East, Suite 450
*Street Address*

Los Angeles, CA 90067
*City, State, Zip Code*

(310) 285-2210                    (310) 425-8845
*Telephone Number*                 *Fax Number*

michael@thefreedmanfirm.com
*E-mail Address*

CR-14 (01/07)                    DESIGNATION AND APPEARANCE OF COUNSEL