UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION – LOS ANGELES

UNITED STATES OF AMERICA,  )
                           )
           Plaintiff,      )
                           )
      vs.                  )
                           )   Case No. 2:24-MJ-02125
IPPEI MIZUHARA,            )   Los Angeles, California
                           )   April 12, 2024
           Defendant.      )   (1:47 p.m. to 2:01 p.m.)
_____)

INITIAL APPEARANCE

BEFORE THE HONORABLE MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:          See Next Page

COURT REPORTER:       Recorded, Court Smart

COURTROOM DEPUTY:     Cindy Delgado

TRANSCRIBER:          Dorothy Babykin
                      Courthouse Services
                      1218 Valebrook Place
                      Glendora, California  91740
                      (626) 963-0566

PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING.
TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE.

```
 1    APPEARANCES:
 2
 3    FOR PLAINTIFF UNITED STATES OF AMERICA:
 4    E. MARTIN ESTRADA
      UNITED STATES ATTORNEY
 5    BY:  JEFF MITCHELL
           RACHEL AGRESS
 6    ASSISTANT UNITED STATES ATTORNEYS
      312 NORTH SPRING STREET
 7    LOS ANGELES, CALIFORNIA  90012
 8
      FOR DEFENDANT IPPEI MIZUHARA:
 9
      FREEDMAN FIRM PC
10    BY:  MICHAEL GREGORY FREEDMAN
           ATTORNEY AT LAW
11    1801 CENTURY PARK EAST
      SUITE 450
12    LOS ANGELES, CALIFORNIA 90067
13
14
15
16
17
18
19
20
21
22
23
24
25
```

# I N D E X

2:24-MJ-02125                                                                                  APRIL 12, 2024

PR0OCEEDINGS: INITIAL APPEARANCE ON LOCAL COMPLAINT

1           LOS ANGELES, CALIFORNIA; APRIL 12, 2024; 1:47 P.M.

2              THE CLERK:  THIS UNITED STATES DISTRICT COURT IS NOW IN

3  SESSION.

4              THE HONORABLE MARIA A. AUDERO PRESIDING.

5              THE COURT:  WELL, HELLO, EVERYONE.

6              OKAY.

7              THE CLERK:  CALLING CASE NUMBER 24-MJ-2125, UNITED STATES

8  OF AMERICA VERSUS IPPEI MIZUHARA.

9              COUNSEL, PLEASE STATE YOUR APPEARANCES BEGINNING WITH

10  THE GOVERNMENT.

11              MR. MITCHELL:  GOOD AFTERNOON, YOUR HONOR.

12              JEFF MITCHELL AND RACHEL AGRESS ON BEHALF OF THE

13  UNITED STATES.

14              THE COURT:  GOOD AFTERNOON, MR. MITCHELL.

15              GOOD AFTERNOON, MS. AGRESS.

16              MR. FREEDMAN:  GOOD AFTERNOON, YOUR HONOR.

17              MICHAEL FREEDMAN FOR IPPEI MIZUHARA, WHO IS PRESENT.

18  HE'S IN CUSTODY.

19              WITH THE COURT'S PERMISSION, I'D LIKE TO REQUEST THAT HIS

20  ANKLES BE UNSHACKLED FOR THE PROCEEDINGS.

21              THE COURT:  UHH -- WELL, OKAY.  GOOD AFTERNOON,

22  MR. FREEDMAN.

23              GOOD AFTERNOON, MR. MIZUHARA.

24              FROM THE --

25              WHERE IS THE MARSHAL?  RIGHT HERE.

| | |
|---|---|
| 1 | WE TYPICALLY SHACKLE THE ANKLES, CORRECT? |
| 2 | IS THERE A REASON TO SHACKLE THE ANKLES? |
| 3 | U.S. MARSHAL: NO, YOUR HONOR. |
| 4 | I CAN REMOVE THEM. |
| 5 | THE COURT: CAN YOU REMOVE THEM? OKAY. THANK YOU. |
| 6 | MR. FREEDMAN: THANK YOU, YOUR HONOR. |
| 7 | (PAUSE IN PROCEEDINGS.) |
| 8 | THE COURT: WHILE THAT'S HAPPENING, I WANT TO MAKE SURE |
| 9 | EVERYBODY UNDERSTANDS ALL ELECTRONICS OF ANY KIND MUST BE |
| 10 | TURNED OFF. |
| 11 | OKAY. MR. FREEDMAN, DO WE HAVE NEED FOR CONSULAR |
| 12 | NOTIFICATION, SIR? |
| 13 | MR. FREEDMAN: MR. MIZUHARA IS A CITIZEN OF JAPAN. I'M NOT |
| 14 | AWARE IF THE GOVERNMENT IS – MADE CONSULAR NOTIFICATION. BUT |
| 15 | WE'RE NOT CONTESTING THAT AS AN ISSUE. |
| 16 | THE COURT: OKAY. |
| 17 | FROM THE GOVERNMENT? |
| 18 | MR. MITCHELL: YOUR HONOR, IT IS NOT A MANDATORY |
| 19 | REPORTING. |
| 20 | THE COURT: OKAY. |
| 21 | CAN I ACTUALLY HAVE THE DEFENDANT TAKE THE LECTERN. |
| 22 | MR. FREEDMAN: YES, YOUR HONOR. |
| 23 | (PAUSE IN PROCEEDINGS.) |
| 24 | THE COURT: THANK YOU. |
| 25 | AND COUNSEL FOR THE GOVERNMENT, DO WE HAVE NEED FOR |

| | |
|---|---|
| 1 | VICTIM NOTIFICATION? |
| 2 | MR. MITCHELL: THE VICTIM HAS BEEN NOTIFIED, YOUR HONOR. |
| 3 | THE COURT: THANK YOU. |
| 4 | ALL RIGHT. SIR, IS YOUR TRUE AND CORRECT NAME IPPEI |
| 5 | MIZUHARA? |
| 6 | THE DEFENDANT: YES. |
| 7 | THE COURT: ALL RIGHT. |
| 8 | MR. MIZUHARA, I HAVE HERE A DOCUMENT ENTITLED |
| 9 | "ADVISEMENT OF DEFENDANT'S STATUTORY AND CONSTITUTIONAL |
| 10 | RIGHTS," WHICH HAS A SIGNATURE ABOUT THE MIDDLE OF THE SECOND |
| 11 | PAGE. |
| 12 | DID YOU SIGN THIS DOCUMENT, SIR? |
| 13 | THE DEFENDANT: YES, I DID. |
| 14 | THE COURT: BEFORE YOU DID THAT DID YOU HAVE AN |
| 15 | OPPORTUNITY TO REVIEW IT? |
| 16 | THE DEFENDANT: YES. |
| 17 | THE COURT: DO YOU UNDERSTAND IT CONTAINS A LIST OF |
| 18 | YOUR RIGHTS? |
| 19 | THE DEFENDANT: YES. |
| 20 | THE COURT: AND YOU UNDERSTAND THOSE RIGHTS, SIR? |
| 21 | THE DEFENDANT: YES. |
| 22 | THE COURT: THANK YOU. |
| 23 | AND, MR. FREEDMAN, IS THIS YOUR SIGNATURE INDICATING YOU |
| 24 | SATISFIED YOURSELF THAT YOUR CLIENT UNDERSTANDS HIS RIGHTS? |
| 25 | MR. FREEDMAN: YES, IT IS, YOUR HONOR. |

1     THE COURT: THANK YOU.

2     MR. MIZUHARA, THE GOVERNMENT IS PROCEEDING AGAINST

3  YOU BY WAY OF A COMPLAINT.

4     HAVE YOU HAD AN OPPORTUNITY TO REVIEW THAT DOCUMENT,

5  SIR?

6     THE DEFENDANT: YES.

7     THE COURT: WITHOUT ADMITTING OR DENYING THE

8  ALLEGATIONS CONTAINED IN THE COMPLAINT, DO YOU UNDERSTAND THE

9  NATURE OF THE CHARGES THAT ARE BEING BROUGHT AGAINST YOU?

10    THE DEFENDANT: YES.

11    THE COURT: OKAY.

12    THANK YOU.

13    ALL RIGHT. LET'S PROCEED TO A BOND DETERMINATION.

14    WHAT DOES THE GOVERNMENT SEEK AND WHAT DOES IT

15  PROFFER?

16    MR. MITCHELL: YOUR HONOR, WE'VE DISCUSSED THIS WITH

17  COUNSEL. AND THE PARTIES INTEND TO STIPULATE TO AN UNSECURED

18  APPEARANCE BOND OF $25,000.

19    THE GOVERNMENT WOULD ALSO RECOMMEND THE CONDITIONS

20  OF RELEASE AS DESCRIBED IN THE PRETRIAL SERVICES REPORT.

21    AND IN TERMS OF PROFFER, WE WOULD OFFER THE FACTS

22  WITHIN THE PRETRIAL SERVICES REPORT AND THE COMPLAINT AFFIDAVIT.

23    THE COURT: AND ITS RECOMMEND- -- AND THE PRETRIAL

24  SERVICES REPORT AND RECOMMENDATION?

25    MR. MITCHELL: YES, YOUR HONOR.

1      THE COURT: OKAY.

2      DOES THE DEFENDANT ACCEPT THE GOVERNMENT'S PROFFER?

3      MR. FREEDMAN: YES, YOUR HONOR.

4      THE COURT: AND IS IT CORRECT THAT THERE IS AN AGREEMENT

5  BETWEEN THE PARTIES WITH RESPECT TO RELEASE ON BOND?

6      MR. FREEDMAN: YES, YOUR HONOR.

7      THE COURT: ALL RIGHT.

8      BASED ON THE INFORMATION CONTAINED IN THE PRETRIAL

9  SERVICES REPORT AS WELL AS ITS RECOMMENDATION, AS WELL AS THE

10 FACT THAT THE GOVERNMENT DOES NOT SEEK DETENTION, THE COURT

11 FINDS THAT THERE ARE CONDITIONS THAT REASONABLY WILL ASSURE

12 THE APPEARANCE OF THE DEFENDANT AT FUTURE PROCEEDINGS AND

13 THE SAFETY OF THE COMMUNITY.

14     WITH RESPECT TO FACTORS THAT OFFSET THE RISK OF

15 NONAPPEARANCE, THE COURT IS PERSUADED BY THE FACT THAT THE

16 DEFENDANT HAS FAMILY TIES TO THE DISTRICT. HE'S A LONG-TIME

17 RESIDENT OF THE DISTRICT. HE SELF-SURRENDERED. AND THERE IS A

18 BAIL AGREEMENT BETWEEN THE PARTIES.

19     WITH RESPECT TO FACTORS THAT OFFSET THE DANGER TO THE

20 COMMUNITY, THE COURT IS PERSUADED BY THE FACT THAT THE

21 DEFENDANT HAS NO CRIMINAL HISTORY AND THAT CONDITIONS CAN BE

22 SET TO MITIGATE ANY DANGER.

23     FOR THESE REASONS THE COURT WILL ORDER THE DEFENDANT

24 RELEASED ON CONDITIONS.

25     MR. MIZUHARA, I'M GOING TO RELEASE YOU ON A SET OF

1    CONDITIONS.  I'M GOING TO READ THEM TO YOU.

2         AND AT THE END I'M GOING TO ASK YOU IF YOU UNDERSTAND

3    THEM.  SO, IF ALONG THE WAY THERE IS SOMETHING THAT YOU DON'T

4    UNDERSTAND, PLEASE INTERRUPT AND LET ME KNOW.  THIS IS PROBABLY

5    YOUR ONLY CHANCE TO INTERRUPT A JUDGE, SO.

6         (LAUGHTER.)

7         THE COURT:  BUT PLEASE INTERRUPT.  WE'LL ANSWER YOUR

8    QUESTIONS.  AND THEN WE'LL MOVE FORWARD.

9         DO YOU UNDERSTAND THAT, SIR?

10        `    THE DEFENDANT:  YES.

11        THE COURT:  OKAY.

12        MR. MIZUHARA, YOU WILL BE RELEASED ON AN UNSECURED

13   APPEARANCE BOND OF $25,000.

14        YOU WILL SUBMIT TO UNITED STATES PROBATION AND PRETRIAL

15   SERVICES SUPERVISION AS DIRECTED BY THE SUPERVISING AGENCY.

16        YOU WILL SURRENDER ALL PASSPORTS AND TRAVEL

17   DOCUMENTS TO THE SUPERVISING AGENCY NO LATER THAN –

18        AND I BELIEVE THE SUPERVISING AGENCY HAS THEM ALREADY?

19        MR. FREEDMAN:  YOUR HONOR, YES.  LAW ENFORCEMENT HAS

20   HIS PASSPORT AS OF THIS MORNING.

21        MR. MITCHELL:  THAT IS CORRECT, YOUR HONOR.

22        THE COURT:  OKAY.

23        SO, NO LATER THAN TODAY APRIL 12TH, 2024.

24        AND YOU ARE NOT TO APPLY -- YOU ARE TO SIGN A

25   DECLARATION REGARDING PASSPORT AND OTHER TRAVEL DOCUMENTS.

1    AND YOU ARE NOT TO APPLY FOR A PASSPORT OR OTHER TRAVEL
2    DOCUMENTS DURING THE PENDENCY OF THIS CASE.
3         `    YOUR TRAVEL, SIR, IS RESTRICTED TO THE CENTRAL DISTRICT
4    OF CALIFORNIA UNLESS PRIOR PERMISSION IS GRANTED BY THE
5    SUPERVISING AGENCY TO TRAVEL TO A SPECIFIC OTHER LOCATION.
6              COURT PERMISSION IS REQUIRED FOR INTERNATIONAL TRAVEL.
7              YOU ARE TO RESIDE AS APPROVED BY THE SUPERVISING
8    AGENCY.  AND YOU'RE NOT TO RELOCATE WITHOUT PRIOR PERMISSION
9    FROM THE SUPERVISING AGENCY.
10             YOU ARE TO MAINTAIN OR ACTIVELY SEEK EMPLOYMENT
11   UNLESS EXCUSED BY THE SUPERVISING AGENCY FOR PURPOSES OF
12   SCHOOLING, TRAINING OR OTHER REASONS APPROVED BY THE
13   SUPERVISING AGENCY.
14             VERIFICATION IS TO BE PROVIDED TO THE SUPERVISING
15   AGENCY.  AND YOUR EMPLOYMENT IS TO BE APPROVED BY THE
16   SUPERVISING AGENCY.
17             YOU ARE TO AVOID ALL CONTACT, DIRECTLY OR INDIRECTLY,
18   INCLUDING BY ANY ELECTRONIC MEANS.
19             AND, SIR, THAT MEANS TEXTING FROM YOUR PHONE, FROM
20   YOUR COMPUTER --TEXTING COMMUNICATING IN ANY ELECTRONIC WAY
21   WITH ANY KNOWN VICTIM OR WITNESS IN THE SUBJECT INVESTIGATION
22   OR PROSECUTION.
23             YOU ARE NOT TO SELL, TRANSFER OR GIVE AWAY ANY ASSET
24   VALUED AT $15,000 OR MORE WITHOUT NOTIFYING AND OBTAINING
25   PERMISSION FROM THE COURT.

| | |
|---|---|
| 1 | YOU ARE NOT TO USE OR POSSESS ILLEGAL DRUGS OR |
| 2 | STATE-AUTHORIZED MARIJUANA. |
| 3 | YOU ARE TO SUBMIT TO DRUG TESTING. |
| 4 | TESTING MAY INCLUDE ANY FORM OF PROHIBITED SUBSTANCE |
| 5 | SCREENING OR TESTING. |
| 6 | YOU MUST PAY ALL OR PART OF THE COST FOR TESTING BASED |
| 7 | UPON YOUR ABILITY TO PAY AS DETERMINED BY THE SUPERVISING |
| 8 | AGENCY. |
| 9 | IF DIRECTED TO DO SO, YOU ARE TO PARTICIPATE IN |
| 10 | OUTPATIENT TREATMENT AS DIRECTED BY -- AS APPROVED -- SORRY -- |
| 11 | BY THE SUPERVISING AGENCY. |
| 12 | IN ORDER TO DETERMINE COMPLIANCE, YOU AGREE TO SUBMIT |
| 13 | TO A SEARCH OF YOUR PERSON AND YOUR PROPERTY BY THE |
| 14 | SUPERVISING AGENCY WHICH MAY BE IN CONJUNCTION WITH LAW |
| 15 | ENFORCEMENT. |
| 16 | YOU ARE NOT TO ENGAGE IN ANY KIND OF GAMBLING, |
| 17 | INCLUDING PHYSICAL OR INTERNET BASED. |
| 18 | AND YOU ARE NOT TO ENTER ANY GAMBLING ESTABLISHMENTS. |
| 19 | AND YOU ARE NOT TO ASSOCIATE WITH ANY KNOWN |
| 20 | BOOKMAKERS. |
| 21 | AND, COUNSEL, HERE I AM GOING TO ADD A CONDITION. AND I'M |
| 22 | HAPPY TO HEAR ARGUMENT FROM BOTH SIDES. |
| 23 | AND THE CONDITION I INTEND TO ADD IS THAT THE DEFENDANT |
| 24 | IS TO PARTICIPATE IN GAMBLER'S ADDICTION TREATMENT WHICH MAY |
| 25 | INCLUDE EVALUATION, COUNSELING OR TREATMENT AS DIRECTED BY THE |

| | |
|---|---|
| 1 | SUPERVISING AGENCY FOR WHICH THE DEFENDANT MUST PAY FOR ALL |
| 2 | OR PART OF THE PROGRAM. |
| 3 | CAN I HEAR FROM THE GOVERNMENT ON THAT. |
| 4 | MR. MITCHELL: NO OBJECTION, YOUR HONOR. |
| 5 | THE COURT: OKAY. THANK YOU. |
| 6 | FROM THE DEFENDANT. |
| 7 | MR. FREEDMAN: NO OBJECTION. |
| 8 | AND MR. MIZUHARA FULLY INTENDS TO SEEK THAT TREATMENT |
| 9 | ON HIS OWN AND APPRECIATES THAT. |
| 10 | THE COURT: I'M VERY GLAD TO HEAR THAT, MR. MIZUHARA. |
| 11 | SO, NOW I'M GOING TO READ THE FINAL CONDITION OF YOUR |
| 12 | RELEASE, WHICH IS, YOU ARE TO PARTICIPATE IN GAMBLER'S ADDICTION |
| 13 | TREATMENT WHICH MAY INCLUDE EVALUATION, COUNSELING OR |
| 14 | TREATMENT AS DIRECTED BY THE SUPERVISING AGENCY. |
| 15 | AND YOU MUST PAY ALL OR PART OF THE COST BASED UPON |
| 16 | YOUR ABILITY TO PAY AS DETERMINED BY THE SUPERVISING AGENCY. |
| 17 | THOSE ARE THE CONDITIONS OF YOUR RELEASE, SIR. |
| 18 | DO YOU UNDERSTAND THEM? |
| 19 | THE DEFENDANT: YES, I DO. |
| 20 | THE COURT: DO YOU HAVE ANY QUESTIONS ABOUT ANY OF |
| 21 | THEM? |
| 22 | THE DEFENDANT: NO. |
| 23 | THE COURT: OKAY. |
| 24 | NOW, LET ME EXPLAIN TO YOU WHAT WILL HAPPEN IF YOU |
| 25 | VIOLATE ANY ONE OF THOSE CONDITIONS OF YOUR RELEASE. |

1                AS A STARTING POINT, YOUR RELEASE COULD BE REVOKED.

2                AND THE BOND IN THE AMOUNT OF $25,000 COULD BE

3    FORFEITED.

4                A WARRANT COULD ISSUE FOR YOUR ARREST.

5                AND YOU COULD BE FOUND TO BE IN CONTEMPT OF COURT

6    WHICH IS A SEPARATE AND DISTINCT OFFENSE FROM WHAT YOU ALREADY

7    ARE CHARGED WITH.

8                DO YOU UNDERSTAND THE CONSEQUENCES OF VIOLATING THE

9    CONDITIONS OF YOUR RELEASE?

10               THE DEFENDANT:  YES.

11               THE COURT:  AND WITH THAT UNDERSTANDING, SIR, DO YOU

12   STILL AGREE TO ABIDE BY THE CONDITIONS OF YOUR RELEASE?

13               THE DEFENDANT:  YES.

14               THE COURT:  THANK YOU, SIR.

15               OKAY.

16               MR. MIZUHARA, YOU ARE ENTITLED TO A PRELIMINARY HEARING.

17               BUT I HAVE HERE A DOCUMENT CALLED, "WAIVER OF

18   PRELIMINARY HEARING" THROUGH WHICH YOU  -- IT APPEARS YOU'VE

19   SIGNED THIS.  AND YOU GIVE UP YOUR RIGHT TO A PRELIMINARY

20   HEARING.

21               DID YOU SIGN THIS DOCUMENT, SIR?

22               THE DEFENDANT:  YES, I DID.

23               THE COURT:  OKAY.

24               AND BEFORE YOU DID THAT, DID YOU HAVE AN OPPORTUNITY TO

25   SPEAK WITH YOUR ATTORNEY ABOUT WHAT IT MEANS TO GIVE UP YOUR

| | |
|---|---|
| 1 | RIGHT TO A PRELIMINARY HEARING? |
| 2 | THE DEFENDANT: YES. |
| 3 | THE COURT: DO YOU THINK YOU UNDERSTAND WHAT IT MEANS? |
| 4 | THE DEFENDANT: YES. |
| 5 | THE COURT: AND WITH THAT UNDERSTANDING, SIR, DO YOU |
| 6 | STILL WISH TO GIVE UP YOUR RIGHT TO A PRELIMINARY HEARING? |
| 7 | THE DEFENDANT: YES. |
| 8 | THE COURT: THANK YOU. |
| 9 | MR. FREEDMAN, IS THIS YOUR SIGNATURE INDICATING THAT YOU |
| 10 | CONCUR WITH THIS WAIVER? |
| 11 | MR. FREEDMAN: YES, YOUR HONOR. |
| 12 | THE COURT: OKAY. THANK YOU. |
| 13 | THE COURT FINDS THE WAIVER TO BE KNOWING AND |
| 14 | VOLUNTARY AND ACCEPTS IT AS SUCH. |
| 15 | ALL RIGHT. SO, HAVING WAIVED YOUR PRELIMINARY HEARING, |
| 16 | WE NEED TO SET A POST-INDICTMENT ARRAIGNMENT DATE. |
| 17 | MS. DELGADO, WHAT IS THAT DATE? |
| 18 | THE CLERK: PIA IS SET FOR THURSDAY, MAY 9TH, 2024 AT 11:30 |
| 19 | BEFORE THE DUTY JUDGE. |
| 20 | THE COURT: OKAY. |
| 21 | MR. MIZUHARA, YOU ARE ORDERED TO APPEAR ON THAT DATE |
| 22 | AND TIME BEFORE THE DUTY JUDGE. |
| 23 | AND IT WILL BE IN THIS COURTROOM. |
| 24 | DO YOU UNDERSTAND THAT, SIR? |
| 25 | THE DEFENDANT: YES. |

1       THE COURT:  ALL RIGHT.

2       OKAY.  TO THE GOVERNMENT, PURSUANT TO THE DUE PROCESS

3  PROTECTIONS ACT, THE PROSECUTOR IS ORDERED TO COMPLY WITH HIS

4  AND HER OBLIGATION TO PRODUCE EXCULPATORY EVIDENCE UNDER

5  BRADY V. MARYLAND, 373 U.S. 83 1963 AND ITS PROGENY AND IS

6  REMINDED OF THE CONSEQUENCES OF VIOLATING THAT COURT OF THIS –

7  OR THIS ORDER, INCLUDING EXCLUSION OF EVIDENCE, ADVERSE JURY

8  INSTRUCTIONS, DISMISSAL OF ALL OR SOME CHARGES WITH OR WITHOUT

9  CHARGES, CONTEMPT AND SANCTIONS.

10      ANYTHING ELSE I CAN DO FOR THE PARTIES TODAY?

11      MR. MITCHELL:  NOTHING FROM THE GOVERNMENT.

12      THANK YOU, YOUR HONOR.

13      MR. FREEDMAN:  NO, YOUR HONOR.

14      THANK YOU VERY MUCH.

15      THE COURT:  YOU'RE VERY WELCOME.

16      MS. DELGADO, HAVE I MISSED ANYTHING?

17      THE CLERK:  NO.

18      THE COURT:  OKAY.

19      THANK YOU, FOLKS.

20      MR. FREEDMAN:  THANK YOU.

21      THE DEFENDANT:  THANK YOU.

22      MR. MITCHELL:  THANK YOU.

23      (COURT AND CLERK CONFERRING.)

24      (PROCEEDINGS ADJOURNED AT 2:01 P.M .)

25

TRANSCRIBER'S CERTIFICATE

DISCLAIMER

THE INTEGRITY OF THIS TRANSCRIPT MAY BE ADVERSELY AFFECTED

DUE TO MUFFLED AND UNCLEAR AUDIO TRANSMISSION.

I, Dorothy Babykin, attest that the foregoing proceedings provided to me electronically were transcribed by me to the best of my ability.

/s/ *Dorothy Babykin*

Dorothy Babykin

Date: 5/5/24