E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JEFF MITCHELL (Cal. Bar No. 236225)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0698
     Facsimile: (213) 894-0141
     E-mail:    jeff.mitchell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 24-MJ-2125 |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE POST-INDICTMENT ARRAIGNMENT |
| IPPEI MIZUHARA, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Jeff Mitchell, and defendant IPPEI MIZUHARA ("defendant"), by and through his counsel of record, Michael Freedman, hereby stipulate as follows:

1.   On April 11, 2024, the defendant was charged in the Central District of California by complaint with Bank Fraud, in violation of 18 U.S.C. § 1344(2).

2.   On April 12, 2024, defendant self-surrendered and made his initial appearance the same day.  At the initial appearance, the

Court granted bond and scheduled defendant's post-indictment arraignment for May 9, 2024.

3. On April 12, 2024, defendant waived his right to a preliminary hearing.

4. The Speedy Trial Act requires the government to file an information or indictment charging a defendant within thirty days from the date on which such defendant was arrested. Here, the government must charge defendant MIZUHARA by May 13, 2024.

5. By this stipulation, the defendant and government move to continue the date of the post-indictment arraignment for defendant to May 14, 2024, after the latest date for indictment.

6. The parties agree that good cause has been shown to continue the post-indictment arraignment to May 14, 2024.

IT IS SO STIPULATED.

Dated: May 6, 2024                    Respectfully submitted,

                                      E. MARTIN ESTRADA
                                      United States Attorney

                                      MACK E. JENKINS
                                      Assistant United States Attorney
                                      Chief, Criminal Division

                                          /s/ Jeff Mitchell
                                      JEFF MITCHELL
                                      Assistant United States Attorney

                                      Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA

Dated: May 6, 2024                    *Michael G. Freedman*

                                      MICHAEL FREEDMAN
                                      Attorney for Defendant
                                      Ippei Mizuhara