```
 1  E. MARTIN ESTRADA
    United States Attorney
 2  MACK E. JENKINS
    Assistant United States Attorney
 3  Chief, Criminal Division
    JEFF MITCHELL (Cal. Bar No. 236225)
 4  Assistant United States Attorney
    Major Frauds Section
 5       1100 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-0698
 7       Facsimile: (213) 894-0141
         E-mail:    jeff.mitchell@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

                    UNITED STATES DISTRICT COURT

                  FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 24-MJ-2125 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| IPPEI MIZUHARA, | |
| Defendant. | |

The Court has read and considered the parties' stipulated application to continue the post-indictment arraignment. The Court finds that the stipulation, which this Court incorporates by

//
//
//

reference into this Order, demonstrates good cause to continue the post-indictment arraignment.

THEREFORE, FOR GOOD CAUSE SHOWN:

The post-indictment arraignment currently scheduled for May 9, 2024, is continued to May 14, 2024.

IT IS SO ORDERED.

_____     _____
DATE                                HONORABLE
                                    UNITED STATES DISTRICT JUDGE

Presented by:

   */s/ Jeff Mitchell*
JEFF MITCHELL
Assistant United States Attorney